No. 1088, Misc. BALTHAZAR *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 1090, Misc. McCLINDON *v.* KEATING ET AL. Supreme Court of California. Certiorari denied.

No. 1091, Misc. MORGAN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1094, Misc. HOWE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 1097, Misc. DOSTER *v.* KROPP, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 1107, Misc. ABRAHAM *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1118, Misc. ROBINSON *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1122, Misc. ELLINGTON *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1130, Misc. WADE *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1132, Misc. ALIRE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.